[No. 2002.]

Jesus Hernandez v. The State.

Jurisdiction of the District Courts of Kinney and Val Verde Coun-
    ties.— The offense charged in the indictment under which this prosecution
    and conviction were had was committed, if at all, in the town of Del Rio
    while that town was comprised within the territorial limits of Kinney
    county.  Subsequent to the presentment of the indictment, but before the
    trial was had, the county of Val Verde was erected out of that part of the
    territory of Kinney county which comprised the town of Del Rio, which
    said county of Val Verde was fully organized when the trial was had.  *Held,*
    that the erection and organization of Val Verde county divested the district
    court of Kinney county of jurisdiction over the case, and vested such juris-
    diction in the district court of Val Verde county; to which court the case
    should have been transferred.

Appeal from the District Court of Kinney.  Tried below before
the Hon. T. M. Paschal.

The conviction in this case was for an assault with intent to mur-
der one John Holland, in Kinney county, Texas, on the 2d day of
July, 1883.  A term of two years in the penitentiary was the pen-
alty assessed against the appellant.

No brief for the appellant.

*J. H. Burts,* Assistant Attorney-General, for the State.

White, Presiding Judge.  On the 2d day of July, 1883, when
the assault with intent to murder which is charged in the indict-
ment in this case was committed, Del Rio, the town or place in
which it was committed, was as then defined within the territorial
limits of Kinney county.  By act approved 24th of March, 1884,
the Nineteenth Legislature passed an act entitled "An act to create
the county of Val Verde, and to provide for its organization." (Gen'l
Laws 19th Leg., pp. 48, 49.)  That portion of Kinney county which
was taken to form Val Verde county comprised within its limits the
town of Del Rio, where the offense charged was committed.  Val
Verde county had become fully organized before this case was tried,
to wit, 18th September, 1885, in the district court of Kinney county.

The question is, Did the district court of Kinney county have
jurisdiction to try the case, the indictment having been found in
Kinney county before the county of Val Verde was created?

Mr. Bishop says: "By the common law crimes are local, to be
prosecuted in the county of their commission; only in such county

can the grand jury inquire of them. Even where a county is di-
vided, a criminal act done before the division is to be prosecuted in
the particular new county in which is the place of the offense. The
offense is against the State; the trial in the new county." (7 Bish.
Crim. Proc., § 49. See, also, *Nelson* v. *The State*, 1 Texas Ct. App.,
41; *Weller* v. *The State*, 16 Texas Ct. App., 206.)

After the organization of Val Verde county the cause should
have been transferred to the district court of that county for trial.
Because the district court of Kinney county had lost its jurisdiction
of the case in the creation of Val Verde county, judgment is re-
versed and cause remanded that it may be transferred to Val Verde
county for a new trial.

*Reversed and remanded.*

[Opinion delivered November 18, 1885.]